# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 08cr266(1) (JNE/JJG) |
| Eric Richard Krahnke, Defendant. | Date: August 19, 2009 |
| | Court Reporter: Maria Weinbeck |
| | Time Commenced: 1:58 p.m. |
| | Time Concluded: 2:26 p.m. |
| | Time in Court: 0 Hours & 28 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    William J. Otteson
    For Defendant:    Paul J. Edlund/R J Zayed ☐ FPD ☐ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Counts: **22 and 23**
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☒ Bond continued.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                                         s/Sheri L. Frette
                                                                                            Calendar Clerk